UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

MICHAEL BRUMBACK,

Plaintiff,

vs.

CV 01-407 RHK/JMM

ORDER

UNITED CREDITORS ALLIANCE CORPORATION, a foreign corporation; BROOKE TYLER, Individually,

Defendants.

---

This action having been filed three months or more, and service not yet perfected, this court must assume this case has been settled, therefore,

Unless plaintiff's counsel provides this court with a summons served upon all parties within 20 days of this date, this case will be dismissed.

Dated: July 6, 2001

RICHARD H. KYLE, Judge
United States District Court

FILED JUL 0 6 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ________
DEPUTY CLERK'S INITIALS ________